# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. |
| Plaintiff, | : | **INDICTMENT** |
| v. | : | 18 U.S.C. §§ 922(g)(1) & 924(a)(8) |
| | : | (2 Counts) |
| **1. DEANDRE RAMONE CHATTAMS** | : | |
| (COUNT 1) | : | **FORFEITURE** |
| **2. DEANTHONY DEWBERRY** | : | |
| (COUNT 2) | : | |
| Defendants. | : | |

FILED
RICHARD W. NAGEL
CLERK OF COURT

NOV 12 2024 5:23 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-DAYTON

3 24 cr 0099

MICHAEL J. NEWMAN

**THE GRAND JURY CHARGES:**

## COUNT ONE

**[18 U.S.C. §§ 922(g)(1) and 924(a)(8)]**

On or about November 6, 2024, in the Southern District of Ohio, defendant **DEANDRE RAMONE CHATTAMS**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and this firearm was in and affecting commerce, and had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO

**[18 U.S.C. §§ 922(g)(1) and 924(a)(8)]**

On or about November 6, 2024, in the Southern District of Ohio, defendant

**DEANTHONY DEWBERRY**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and this firearm was in and affecting commerce, and had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses set forth in Counts One and Two of this Indictment, defendants **DEANDRE RAMONE CHATTAMS** and **DEANTHONY DEWBERRY** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation, including but not limited to:

- A Sig Sauer, model P365, 9mm caliber pistol, serial number 66B209396, with magazine, ammunition, and any attachments;
- A Glock, model 27, .40 caliber pistol, serial number BTSS039, with magazine, ammunition, and any attachments;
- A Smith and Wesson, model SW40VE, .40 caliber pistol, serial number RBE2667, with magazine, ammunition, and any attachments;
- A Romarm/Cugir, model Micro Draco, 7.62 caliber rifle, serial number PMD-17655-19RO, with magazine, ammunition, and any attachments;
- A Mossberg, model 715T, .22 caliber long rifle, serial number SF4309713, with magazine, ammunition, and any attachments; and

- A Hi Point, model 4595, .45 caliber rifle, serial number R109478, with magazine, ammunition, and any attachments.

A TRUE BILL

FOREPERSON

KENNETH L. PARKER
United States Attorney

ELIZABETH L. MCCORMICK
Assistant United States Attorney